UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANTONIO ROSARIO,

                      Petitioner,              07 **CIVIL** 2756 (RWS)

   -against-                                     **JUDGMENT**

LAWRENCE SEARS, Superintendent,
Franklin Correctional Facility,

                      Respondent.             **SCANNED**
-------------------------------------------------------X

       A petition for habeas corpus pursuant to 28 U.S.C. § 2254 having been submitted to the Honorable Robert W. Sweet, United States District Judge, and the Court, on April 11, 2008, having rendered its Opinion denying the petition for a writ of habeas corpus, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated April 11, 2008, the petition for a writ of habeas corpus is denied.

DATED: New York, New York
            April 14, 2008

                                              **J. MICHAEL McMAHON**
                                                  Clerk of Court

                      BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____